# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL PILGRIM** | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | NO. 18-4360 |
| v. | : | |
| | : | |
| **PA BD. OF PROBATION &** | : | |
| **PAROLE, et al.,** | : | |
| *Respondents* | : | |

# ORDER

**AND NOW**, this 1st day of October 2019, upon consideration of the *Report and Recommendation* issued on August 28th, 2019, by the Honorable Linda K. Caracappa, United States Magistrate Judge (the "Magistrate Judge"), [ECF 18], to which no objections were filed by Petitioner Daniel Pilgrim ("Petitioner"), and after a careful and independent review of the record, it is hereby **ORDERED** that:

1. The *Report and Recommendation* is **APPROVED** and **ADOPTED**;[1]

2. The Petition for Writ of *Habeas Corpus* is **DENIED**, with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED**.

          **BY THE COURT:**

          */s/ Nitza I. Quiñones Alejandro*
          **NITZA I. QUIÑONES ALEJANDRO**
          *Judge, United States District Court*

---

[1] As noted, Petitioner did not file any objection and/or response to the Report and Recommendation (the "R&R"). Therefore, the R&R is reviewed under the "plain error" standard. *See Facyson v. Barnhart*, 2003 WL 22436274, at *2 (E.D. Pa. May 30, 2003). Under this plain error standard of review, an R&R should only be rejected if the magistrate judge commits an error that was "(1) clear or obvious, (2) affect[ed] 'substantial rights,' and (3) seriously affected the fairness, integrity or public reputation of judicial proceedings." *Leyva v. Williams*, 504 F.3d 357, 363 (3d Cir. 2007) (internal quotations and citations omitted). Here, after a thorough, independent review of the record and the R&R, this Court finds the Magistrate Judge did not commit any error and, therefore, approves and adopts the R&R in its entirety.